HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>DALIA SINGH,<br><br>      Defendant. | Case No. CR15-335RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR RETURN OF PASSPORT |

This Court, having considered the Defendant's Motion for Return of Passport and Objection to Clerk's Proposal, and the pleadings related thereto, and there being no opposition to Defendant's motion, does hereby GRANT the motion (Dkt. #33).

This Court ORDERS as follows:

The Court Clerk shall not send the Defendant's passport to the Department of State.  Rather, once the Defendant has reported to prison to serve her sentence in this matter, her passport shall be returned to her.  Defense counsel will submit a sworn statement to this Court attesting to the Defendant having reported to prison, and upon submission of that sworn statement, the Defendant's passport will be provided to her attorney, Scott Engelhard, for return to the Defendant.

DATED this 11th day of February, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge